(No. 75-CC-1094—

LELAND H. RAYSON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed June 2, 1975.*

LELAND H. RAYSON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1097—

STEWART WARNER ALEMITE SALES CO., INC., Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed June 2, 1975.*

STEWART WARNER ALEMITE SALES CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.